UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CLEARVIEW AI, INC., CONSUMER
PRIVACY LITIGATION

| | | |
|---|---|---|
| Renderos, et al. v. Clearview AI, Inc., et al., | ) | MDL No. 2967 |
| N.D. California, C.A. No. 4:21-02567 | ) | |

ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Renderos*) on April 15, 2021. The Panel has now been advised that, pursuant to a notice of dismissal without prejudice, *Renderos* was dismissed without prejudice in the Northern District of California on April 15, 2021.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-1" filed on April 15, 2021, is VACATED.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel